| Fill in this information to identify the case: |
|---|
| **Debtor 1**  Leonard K Johnson |
| **Debtor 2** (Spouse, if filing) |
| United States Bankruptcy Court for the : **Northern**    District of    Illinois (State) |
| Case number    13-29943 |

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC as serviced by M & T Bank

Court claim no. (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6085

**Property address:**    3100 Roberts Drive
                        Number    Street

                        Downers Grove, IL 60517
                        City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*
- ☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim
- ☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Post-petition Mortgage Payment

*Check one:*
- ☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next post-petition payment from the debtor(s) is due on :    02/01/2018
                                                                   MM/DD/YYYY

- ☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:
  a.    Total post-petition payments due:    (a) $ _____
  b.    Total fees, charges, expenses, escrow, and costs outstanding    +(b) $ _____
  c.    **Total.** Add lines a and b    (c) $ _____

  Creditor asserts that the debtor(s) are contractually
  Obligated for the post-petition payment(s) that first became
  Due on:    _____
             MM/DD/YYYY

| Debtor 1 | Leonard K Johnson | Case number 13-29943 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/Toni Townsend
   Signature

| | | | |
|---|---|---|---|
| Print | Toni Townsend | Title | Attorney for the Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLC | | |

Date: 2/21/2018

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1 N. Dearborn Suite 1200 |
|---|---|
| | Number       Street |
| | Chicago, IL 60602 |
| | City       State   Zip Code |
| Contact phone | (312) 346-9088 X5174 |
| Email | Toni.Townsend@mccalla.com |

| Debtor 1 | **Leonard K Johnson** | Case number 13-29943 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

BANKRUPTCY CASE NO. 13-29943

CHAPTER 13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE Response to the Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on the date listed below.

Leonard K Johnson
3100 Roberts Drive #6
Woodridge, IL 60517

John P Carlin                                    *(served via ECF)*
Suburban Legal Group PC
1305 Remmington Road; Suite C
Schaumburg, IL 60173

Glenn B Stearns, Trustee                         *(served via ECF)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng                                  *(served via ECF)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   2/21/2018        By:   */s/Toni Townsend*
               (date)                 Toni Townsend, ILLINOIS BAR NO. 6289370
                                      Attorney for the Creditor